FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

OCT 2 6 2007

JAMES N. HATTEN, CLERK
By: [signature] Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AZIZ HILLOU, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. |
| ) | **1:07-CV-2676** |
| IMMCO, Inc. ) | |
| ) | |
| Defendants. ) | |

### EMPLOYMENT DISCRIMINATION COMPLAINT

Plaintiff brings a complaint against defendants IMMCO, Inc. for discrimination as set forth below.

### I.

### PARTIES

**1.**

Plaintiff Aziz Hillou is a citizen of the United States, resident of the State of Georgia, and subject to the jurisdiction of this Court.

**2.**

**Defendant Name and Address:**

IMMCO, Inc., 12395 Morris Road, Alpharetta, GA 30005



## II.

## JURISDICTION

**3.**

This complaint is brought pursuant to:

Title VII of the Civil Rights Act of 1964, as amended, and jurisdiction is based on 42 U.S.C. §2000e-5 and 28 U.S.C. §1343(a)(4);

The Americans with Disabilities Act (42 U.S.C. § 12101), and jurisdiction is based on 28 U.S.C. §§ 1331 and 1343(a);

**4.**

Plaintiff did timely file a charge of discrimination with the Equal Employment Opportunity Commission.

**5.**

Plaintiff's Right to Sue Notice from the Equal Employment Opportunity Commission was **received** on or about July 30, 2007.

## III.

## STATEMENT OF LEGAL CLAIM

**6.**

Plaintiff is entitled to relief in this action because: Plaintiff was terminated from his employment because of disability discrimination against Plaintiff by Defendant.

**7.**

Pursuant to federal, Plaintiff pleads a cause of action against Defendant for disability discrimination in violation of the Americans with Disabilities Act (42 U.S.C. § 12101). The allegations contained in all of the paragraphs of this Petition are hereby reaverred and realleged for all purposes and incorporated herein with the same force and effect as if set forth verbatim. Plaintiff further shows as follows:

**8.**

Defendant fired Plaintiff and other wise discriminated against Plaintiff because of an actual or perceived disability in violation of the Americans with Disabilities Act (42 U.S.C. § 12101).

**9.**

Plaintiff has met all procedural prerequisites to bringing this Americans with Disabilities Act (42 U.S.C. § 12101) claim. Plaintiff filed charges under the Americans with Disabilities Act (42 U.S.C. § 12101) relating to these violations on July 17, 2007 and has received a Right to Sue letter relating to these charges. Further, Plaintiff is within all applicable statues of limitations for bringing this civil action.

**IV.**

## FACTS GIVING RISE TO PLAINTIFF'S CAUSE OF ACTION

**10.**

Plaintiff began his employment with IMMCO, Inc. on or about November 15, 2006 as a CAD Technician

**11.**

Plaintiff was qualified for the position for which he was employed. Plaintiff possessed the requisite skill, experience, and education requirements of the employed position.

**12.**

In January, 2007, Plaintiff was involved in a motor vehicle accident which led to some transient medical conditions. These injuries included transient neck and back pain which caused Plaintiff difficulty sitting for long periods of time.

**13.**

The automobile accident necessitated Plaintiff to take time off from work to attend scheduled doctor appointments.

**14.**

Plaintiff was required to sit in front of a computer monitor for extended periods of time without accommodation from his employer.

**15.**

During that time Plaintiff was recovering from his injuries sustained in the automobile accident, his supervisor, Nat Barfield (hereinafter "Barfield"), perceived Plaintiff to be disabled; however, "Barfield" did not grant reasonable accommodation.

**16.**

Plaintiff was clearly capable of performing his work-related duties if he had been provided reasonable accommodation.

**17.**

During Plaintiff's employment with Defendant, he had not received any disciplinary action from his employer prior to his termination.

**18.**

On or about February 27, 2007, Plaintiff was discharged for the stated pretextual reason of "taking too much time off from work." Plaintiff believes that the employer's stated reason for his termination is pretextual in nature and that he was terminated because "Barfield" perceived him to have a disability.

**V.**

**PRAYER FOR RELIEF**

**19.**

To cure the conduct alleged in this action, Plaintiff respectfully requests the Court to:

a. Declare that the actions of the Defendant alleged in this complaint constitute discriminatory practices taken against Plaintiff because of his perceived disability in violation of 42 U.S.C. Section 12101;
b. Reinstate Plaintiff to employment with Defendant in the position to which he would have rightfully been justified but for the illegal conduct alleged in this complaint;
c. Pay Plaintiff full back pay including compensation for the value of benefits he lost, from the date of his discharge until the date of his reinstatement with pre and post judgment interest;
d. Enjoin Defendant from taking personnel actions, evaluating employee's performance, placing employees on performance improvement plans, separating employees from employment, criticizing their performance, providing false adverse employment references and otherwise taking adverse employment actions against employee because of his perceived disability in his exercise of protected activities.
e. Order that all criticisms of Plaintiff's job performance and work conduct issued since his termination, be stricken from all records.
f. Award Plaintiff $100,000.00 in compensatory damages.
g. Award Plaintiff the full and reasonable attorney fees and the costs of this action and related administrative proceedings, and

h. Grant such other and appropriate relief as the court deems just.

## VI.

## DEMAND FOR JURY TRIAL

### 20.

Plaintiff hereby demands that a trial by jury in this case.

## VII.

## SIGNATURE

Signed this **26** day of **October**, 2007

By: _____
Jeffrey S. Williams
Attorney for Defendant
Georgia Bar No. 142242

Jeffrey S. Williams
Attorney at Law
3780 Mansell Road, Ste. 450
Alpharetta, Georgia 30022
(678) 455-6794
(770) 408-7017 (Fax)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

## ATLANTA DIVISION

| | |
|---|---|
| AZIZ HILLOU, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Cause No. |
| IMMCO, Inc. | ) ) ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I caused this day to be served upon the following by personal service a copy of this complaint and certificate of service:

IMMCO, Inc., 12395 Morris Road, Alpharetta, GA 30005.

Signed this 26 day of October, 2007

By: _____
Jeffrey S. Williams
Attorney for Defendant
Georgia Bar No. 142242

Jeffrey S. Williams
Attorney at Law
3780 Mansell Road
Suite 450
Alpharetta, Georgia 30022
(678) 455-6794
(770) 408-7017 (Fax)